```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

WEST VIRGINIA UNIVERSITY BOARD
OF GOVERNORS on behalf of
WEST VIRGINIA UNIVERSITY,

    Plaintiff,

v.                                          Civil Action No. 1:12CV5
                                                                                    (STAMP)
MIVAMAN, LLC, d/b/a www.fastees.com,
KEVIN W. FORD and JFORD, INC.,

    Defendants.

**<u>ORDER GRANTING JOINT MOTION OF DISMISSAL</u>**

On April 5, 2012 the parties in the above-styled civil action filed a joint motion for order of dismissal and permanent injunction. The joint motion informs this Court that all matters in dispute in this case have been compromised and settled. The parties thus seek to dismiss all claims in the above-styled civil action. The parties also ask this Court to retain jurisdiction over this matter for purposes of enforcing the terms of the settlement agreement between the parties, and any orders of this case.

The parties' joint motion to dismiss is hereby GRANTED.[1] This Court shall retain jurisdiction over this civil action for purposes of enforcing the settlement agreement between the parties and any orders issued in this case. Accordingly, all claims against the defendants are DISMISSED WITH PREJUDICE subject to a motion to

---

[1] The joint motion for permanent injunction is granted and permanent injunction is entered by separate order.

reopen filed by either party. The above-styled civil action is thereby ordered DISMISSED and retired from the active docket of this Court.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED: April 10, 2012

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE